CHECK FACE HAS A VOID PANTOGRAPH AND WARNING BORDER WITH MICROLINE PRINTING

**CHAPTER 13 TRUSTEE**
Jeffrey L. Sapir
399 Knollwood Rd.  Ph. 914-328-6333
White Plains, N.Y. 10603
CHAPTER 13 DISBURSEMENT ACCOUNT

HUDSON VALLEY BANK
WHITE PLAINS, N.Y. 10606

**426262**

50-930/219

DATE: 02-19-15

PAY   EIGHT HUNDRED NINETY  and 12/100                    $ 890.12

VOID AFTER 90 DAYS

TO THE FOLLOWING

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, 6TH FLOOR
NEW YORK, NY 10004-1408

TRUSTEE

⑆426262⑆ ⑈021909300⑈ 0800145⑉601⑈

HAPTER 13 TRUSTEE · JEFFREY L. SAPIR · 399 Knollwood Rd. · WHITE PLAINS, N.Y. 10603

| DEBTOR AND ACCOUNT NUMBER | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|
| 0-11-36007 MICHAEL ZAPPONE | 890.12 | 0.00 | 0.00 |
| REFUND PLAN COMPLETE | | Claim #000 | |
| Totals: | 890.12 | 0.00 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x

In Re:                                          Chapter 13

MICHAEL ZAPPONE,                                Case No. 11-B-36007


                        Debtors,
--------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW
YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following
dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Michael Zappone 8249 Miramar Way, # 204 Lakewood Ranch, FL 34202 | $890.12 |

   Trustee's check to your order in the sum of $890.12 is annexed representing the total of the
aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
        April 23, 2015


                              Respectfully submitted,
                              /s/ Jeffrey L. Sapir
                              JEFFREY L. SAPIR
                              Standing Chapter 13 Trustee